```
___✓__ FILED          _____ RECEIVED
_____ ENTERED         _____ SERVED ON
                      COUNSEL/PARTIES OF RECORD

           MAR 1 6 2016

       CLERK US DISTRICT COURT
          DISTRICT OF NEVADA
BY: _____ DEPUTY
```

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 3:10-CR-0116-HDM (VPC) |
| Plaintiff, | ) | ORDER |
| vs. | ) | |
| MANISH SHARMA, | ) | |
| Defendant | ) | |

In accordance with Title 18 U.S.C. § 3583(e)(1), the court orders that, as of March 16, 2016, MANISH SHARMA's four-year term of supervised release that commenced on March 3, 2015, is hereby reduced by one year, for a three-year term, following his successful completion of the District of Nevada's CLEAR Court (Court Led Efforts at Recovery) Program.

Dated: March 16, 2016.

_____
HOWARD D. McKIBBEN
UNITED STATES DISTRICT JUDGE