```
           FILED            RECEIVED
           ENTERED          SERVED ON
                  COUNSEL/PARTIES OF RECORD

                   NOV - 9 2016

             CLERK US DISTRICT COURT
               DISTRICT OF NEVADA
    BY: _____ DEPUTY
```

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 3:10-CR-0116-HDM-VPC |
| Plaintiff, | |
| vs. | **ORDER** |
| MANISH SHARMA, | |
| Defendant. | |

On Wednesday, November 9, 2016, defendant Manish Sharma was present with counsel for CLEAR Court ("Court Led Efforts At Recovery"). The Court finds that defendant shall serve three (3) days in jail at the Washoe County Detention Facility for violations of his supervised release as follows:

1. On Monday, November 14, 2016, at 2:00 p.m., the defendant shall self surrender to the United States Marshals Service at the Bruce R. Thompson Courthouse and Federal Building located 400 S. Virginia Street, on the 2nd floor, Reno, Nevada to be taken into custody and transported to the Washoe County Detention Facility at 911 Parr Blvd., Reno, Nevada 89512.

2. On Thursday, November 17, 2016, at 9:00 a.m., the defendant shall be released from custody on his own recognizance.

**IT IS SO ORDERED.**

DATED: November 9, 2016.

_____
VALERIE P. COOKE
UNITED STATES MAGISTRATE JUDGE